Form OCA

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

In Re: Ricardo V. Meza and Maricela Meza        Case No.: 03–33516 DM 13
                                                Chapter: 13

      Debtor(s)

## ORDER CONFIRMING CHAPTER 13 PLAN
## AND ORDER APPROVING ATTORNEYS FEES AND NOTICE

The debtor(s) filed a Plan (or if applicable, an Amended Plan) under Chapter 13 of the Bankruptcy Code, a copy of which was served on creditors. After hearing on notice on February 11, 2004 , the Court finds and concludes that the Plan (or if applicable, the Amended Plan) complies with 11 U.S.C. 1325(a) and other applicable bankruptcy laws, rules and procedures and should be confirmed.

THEREFORE IT IS ORDERED THAT:

  I. The debtor's (s') Plan (or Amended Plan, if applicable) is confirmed.

  II. The future income of the debtor(s) shall be submitted to the supervision and control of David Burchard, Trustee herein, as is necessary for the execution of the Plan.

  III. Until the Plan is completed, or the case is dismissed or converted to a case under a different Chapter of the Bankruptcy Code, the debtor(s) shall make payment to the Trustee, pursuant to the terms of the Plan, no later than the 20th day of each month, at P.O. Box 8059, Foster City, California, 94404.

  IV. If the debtor(s) fail(s) to timely tender a payment as set forth in Paragraph III above, the Plan shall be considered in default and the Trustee may move to dismiss this case for that reason. Upon the filing of such a motion, debtor(s) shall, within (20) days of the date of service of the Motion either; 1) cure the Plan default; or 2) meet and confer with the Trustee and enter into a stipulation resolving the default in a manner acceptable to the Trustee; or 3) file and serve an Application to Modify Plan, which shall propose terms under which the Plan is not in default and which shall provide for Plan completion within 60 months of the original date the Chapter 13 petition was filed. If the debtor(s) fail(s) to comply with the foregoing, within the twenty (20) days prescribed, the motion shall be heard on the Trustee's next monthly court calendar for dismissals.

  V. Except as otherwise provided in the Plan or in this Order Confirming the Plan, the Trustee shall make payments to creditors under the Plan.

  VI. The debtor(s) may sell or refinance real or personal property without further order of the court upon approval of the Chapter 13 Standing Trustee;

  VII. Pursuant to the Application for Approval of Attorneys Fees filed by **Thomas R. Burns** attorney for debtor(s), attorneys fees in the sum of **$2,850.00** are approved, of which **$300.00** has been previously paid.

Dated: 2/17/04                        By the Court:

                                                     Dennis Montali
                                                     United States Bankruptcy Judge